# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-08918 |
| | ) | |
| MICHELE L. BARRY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing Date:   November 26, 2012 |
| | ) | Hearing Time:   10:00 a.m. |
| | ) | Courtroom:   613 |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE THAT** on **November 26, 2012, at 10:00 a.m.**, we shall appear before the Honorable A. Benjamin Goldgar, in the courtroom usually occupied by him, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **First and Final Application Of Frances Gecker, Chapter 7 Trustee Of The Bankruptcy Estate Of Michele L. Barry, For Compensation And Reimbursement Of Expenses Of Her Counsel, FrankGecker LLP**, a copy of which is attached.

Dated: October 24, 2012

Respectfully submitted,

FRANCES GECKER, not individually but as
Chapter 7 Trustee of the bankruptcy estate of
MICHELE L. BARRY

By: /s/   *Zane L. Zielinski*
One of Her Attorneys

Zane L. Zielinski (IL ARDC #6278776)
**Frank/Gecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035

{BARRYM/001/00032755.DOCX/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-08918 |
| | ) | |
| BARRY, MICHELE, L., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |

**COVER SHEET FOR FIRST AND FINAL APPLICATION OF
FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND EXPENSES**

Name of Applicant: FrankGecker, LLP

Authorized to Provide Professional Services to: Frances F. Gecker, Chapter 7 Trustee of the Estate of Michele L. Barry

Period for Which Compensation is Sought: April 27, 2012 through October 12, 2012

Amount of Fees Sought: $3,465.00

Amount of Expense Reimbursement Sought: $ 27.50

This is a: First and Final Application

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

{BARRYM/001/00032738.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-08918 |
| | ) | |
| BARRY, MICHELE, L., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |

**FIRST AND FINAL FEE APPLICATION OF FRANKGECKER LLP, AS COUNSEL
TO FRANCES GECKER, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE
OF MICHELE L. BARRY FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

FrankGecker LLP, counsel to Frances Gecker, the Chapter 7 Trustee (the "Trustee"), of the estate of Michele L. Barry (the "Debtor"), hereby submits their first and final fee application (the "Application") pursuant to 11 U.S.C. §§330, 331 and 507(a)(1) seeking compensation totaling $3,465.00 for legal services performed as counsel to the Trustee during the period of April 27, 2012 through and including October 12, 2012 (the "Application Period") and reimbursement of expenses totaling $27.50 incurred in connection with those services. In support of the Application, FrankGecker LLP respectfully represents as follows:

## INTRODUCTION

1. March 7, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Case").

2. Frances Gecker ("Trustee") is the duly appointed and qualified Chapter 7 Trustee of the Case.

3. The Section 341 meeting of creditors was held on April 27, 2012 (the "341 Meeting").

4. The Trustee chose Zane Zielinski and the law firm of FrankGecker LLP ("FG") as her counsel in the Case. On June 6, 2012, this Court entered an order authorizing the Trustee to retain FG as her counsel retroactive to April 27, 2012.

5. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

6. Prior to the commencement of the Case, Debtor was involved in an auto accident ("Accident") in which the Debtor was struck by a car driven by Marcos Campo Verde while walking on the street.

7. The Debtor employed Sheldon Sandman of Sandman, Levy and Petrich (collectively, "SLP") to represent her in her claim ("Claim"). The Claim was not disclosed on Debtor's schedules nor at her Section 341 Meeting.

8. SLP contacted the Trustee regarding the Claim and the Trustee reviewed the settlement. Simultaneously, on June 6, 2012, the Court approved settlement of the Claim, employment of SLP and payment to SLP.

9. This Application seeks allowance of all fees and expenses incurred FG from April 27, 2012 through and including October 12, 2012. To aid the Court in its review of this Application, the Trustee's counsel has divided this Application into three parts. Part I describes the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel. Part II describes the qualifications and areas of expertise of the Trustee's attorneys. Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

I.  **SERVICES PERFORMED**

A.  **Administration** $805.00

FG spent 2.30 hours at a cost of $805.00 on issues relating to preparing, filing and appearing on Trustee's motions to extend time to object to Debtor's discharge and exemptions; reviewing documents produced by Debtor and communications with Trustee's accountant regarding any required tax returns.

B.  **Litigation** $2,380.00

FG spent 6.80 hours at a cost of $2,380.00 on issues relating to investigation of Debtor's personal injury lawsuit; negotiating a settlement with State Farm; drafting; reviewing and filing motion to approve compromise and monitoring Debtor's personal injury lawsuit with Trustee's special counsel.

C.  **Preparation of Fee Application – Retention** $280.00

FG spent .80 hours at a cost of $280.00 on issues relating to drafting, filing and appearing in court in connection with retaining Trustee's counsel and preparing FG's first and final fee application.

II.  **ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE**

<u>Zane L. Zielinski</u> (ZLZ) is an associate at Frank/Gecker LLP. Mr. Zielinski is a 2002 graduate of Chicago-Kent College of Law, where he was a member of the Editorial Board of the Chicago-Kent Law Review and was elected to the Order of the Coif. Mr. Zielinski specializes in bankruptcy law and has represented trustees, debtors and creditors in bankruptcy cases.

III.  **CALCULATION OF TIME AND FEES**

This is the Trustee's first and final application for compensation and reimbursement of fees and expenses of FG. This fee application applies to fees and expenses incurred by FG from

April 27, 2012 through October 12, 2012. All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the case and were rendered for the benefit of the Trustee and the Debtor's estate. No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with this case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibit, FG's attorneys have spent a total of 9.90 hours providing necessary legal services for the Trustee. As a result, they request compensation in the amount of $3,465.00 for actual, necessary legal services performed (Exhibit A). The average hourly rate is $350.00. FG has voluntarily written off all expenses related to fax and copying charges, only charging for off-site copying charges when incurred.

In preparing this fee application, FG has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts of data which is kept by FG on each of its clients. The hourly rates charged are the regular hourly rates charged by the firm to its clients. FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, FG has prepared its time exhibits by topic as presented in the attached Exhibit A. For purposes of this Application, counsel has used three categories. Most of these categories are substantive. The time entries cover all work performed by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this fee application for its overhead expenses, including word processing, computer research charges, fax charges, phone charges or secretarial overtime, instead, such expenses are factored into FG's normal and customary rate.

No compensation has been promised to FG, other than as disclosed or approved by this Court. FG certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee. Finally, FG represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

WHEREFORE, FrankGecker LLP respectfully requests that this Court enter an Order:

A. Allowing FrankGecker LLP compensation for actual, necessary legal services in the amount of $3,465.00; and

B. Allowing FrankGecker LLP reimbursement of actual, necessary expenses in the amount of $27.50; and

C. Authorizing the Trustee to pay FrankGecker LLP compensation reimbursement in the total amount of $3,492.50.

                                      Respectfully submitted,

                                      FRANCES GECKER, not individually, but as Chapter 7 Trustee of the bankruptcy estate of MICHELE L. BARRY

                                      By: /s/ *Zane L. Zielinski*
                                            One of her attorneys

Zane L. Zielinski (IL ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com