**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| BARRY, MICHELE L | § | Case No. 12-08918 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  Kenneth S. Gardner
  219 S. Dearborn Street
  7th Floor
  Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/26/2012 in Courtroom 613,
  United States Courthouse
  219 S. Dearborn Street
  Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/24/2012     By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
BARRY, MICHELE L § Case No. 12-08918
§
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,000.00 |
| and approved disbursements of | $ | 10,797.87 |
| leaving a balance on hand of[1] | $ | 14,202.13 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 2,900.00 | $ 0.00 | $ 2,900.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 2,765.00 | $ 0.00 | $ 2,765.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 27.50 | $ 0.00 | $ 27.50 |
| Other: Sheldon Sandman | $ 6,666.05 | $ 6,666.05 | $ 0.00 |
| Other: Sheldon Sandman | $ 631.82 | $ 631.82 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,692.50 |
| Remaining Balance | | $ | 8,509.63 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,296.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | COMMONWEALTH EDISON COMPANY | $ 755.28 | $ 0.00 | $ 244.41 |
| 000002 | GE CAPITAL RETAIL BANK | $ 355.69 | $ 0.00 | $ 115.10 |
| 000003 | GE CAPITAL RETAIL BANK | $ 660.76 | $ 0.00 | $ 213.82 |
| 000004 | FIRST NATIONAL BANK OF OMAHA | $ 485.34 | $ 0.00 | $ 157.06 |
| 000005 | CAPITAL ONE BANK (USA), N.A. | $ 2,286.97 | $ 0.00 | $ 740.07 |
| 000006 | ILLINOIS BELL TELEPHONE COMPANY | $ 259.04 | $ 0.00 | $ 83.83 |
| 000007 | AMERICAN EXPRESS CENTURION BANK | $ 3,305.94 | $ 0.00 | $ 1,069.81 |
| 000008 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 581.93 | $ 0.00 | $ 188.31 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | CAPITAL ONE, N.A. | $ 1,989.61 | $ 0.00 | $ 643.84 |
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 10,343.72 | $ 0.00 | $ 3,347.25 |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 5,272.32 | $ 0.00 | $ 1,706.13 |
| | Total to be paid to timely general unsecured creditors | | $ | 8,509.63 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                   Case No. 12-08918-ABG
Michele L Barry                                          Chapter 7
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0752-1           User: dramey                Page 1 of 3            Date Rcvd: Oct 24, 2012
                               Form ID: pdf006             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2012.
db            Michele L Barry,    3114 W Moffat,    Chicago, IL 60647-5068
18587683      A Tand T,    POBox 5080,    Carol Stream, IL 60197-5080
18587681      Advocate Medical Group,    POBox 4247,    Carol Stream, IL 60197-4247
18587682      American EXP Nationwide Credit,    POBox 26314,    LeHigh, PA 18002-6314
18648763      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
19100160      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
18587684      Capital One Bank USA NA,    POBox 6492,    Carol Stream, IL 60197-6492
19377827      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18585197     +Chase Bank, cust Rsc,    Mail Code OH-7302,    PO BOx 24696,    Columbus, OH 43224-0696
18587685      Chase Cardmember Services,    POBox 15153,    Wilmington, DE 19886-5153
18587687      City of Chicago Dept of Revenue, Water,    POBox 6330,    Chicago, IL 60680-6330
18587686      City of Chicago EMS Dept of Finance,    33589 Treasury Center,    Chicago, IL 60694-3500
18587689      First National Bank Visa,    POBox 2557,    Omaha, NE 68103-2557
19063633     +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
19054043      GE Capital Retail Bank,    c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,
               Miami FL 33131-1605
18587690      HSBC, Best Buy,    POBox 17298,    Baltimore, MD 21297-1298
18587691      HSBC, Carsons,    POBox 17602,    Baltimore, MD 21297-1602
18587692      HSBC, GM Mastercard,    POBox 37281,    Baltimore, MD 21297-3281
18587693      HSBC, Menards,    POBox 17602,    Baltimore, MD 21297-1602
18587694     +IL Bone and Joint Inst,    2860 N Broadway, suite 202,    Chicago, IL 60657-6017
19120454     +Illinois Bell Telephone Company,     % AT&T Services, Inc,    James Grudus, Esq.,
               One AT&T Way, Room 3A218,    Bedminster, NJ 07921-2693
18587695      Illinois Masonic Medical Ctr,    POBox 4247,    Carol Stream, IL 60197-4247
18587696      Illinois Masonic Medical Ctr- CT Scan,    POBox 4247,    Carol Stream, IL 60197-4247
18587698      Mandee, WFNNB,    Bankruptcy, POBox 182125,    Columbus, OH 43218-2125
18587680      Mary Malecki,    1916 N Elston,    Chicago, IL 60642-1218
19423957    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    c/o Officemax,    POB 41067,
                Norfolk VA 23541)
18587699      Peoples Gas,    Chicago, IL 60687-0001
18587701    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    POBox 790408,    St. Louis, MO, 63179-0408)
18587702      US Bank, Office Max,    POBox 790408,    St. Louis, MO, 63179-0408
18587704      Wellington Radiology Grp,    39006 Treasury Ctr,    Chicago, IL 60694-9000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18587688      E-mail/Text: legalcollections@comed.com Oct 25 2012 01:43:03     ComEd,    POBox 6111,
               Carol Stream, IL 60197-6111
18670144     +E-mail/Text: legalcollections@comed.com Oct 25 2012 01:43:03     Commonwealth Edison Company,
               3 Lincoln Centre,    Oakbrook Terrace, Il 60181-4204,    Attn: Bankruptcy Dep.
18587697      E-mail/Text: bnckohlsnotices@becket-lee.com Oct 25 2012 01:41:10      Kohls,   POBox 2983,
               Milwaukee, WI 53201-2983
19148491      E-mail/Text: bnc-quantum@quantum3group.com Oct 25 2012 04:02:26
               Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
               Kirkland, WA 98083-0788
18587700      E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2012 01:51:38     TJX Rewards, GECRB,    POBox 530948,
               Atlanta, GA 30353-0948
18587703      E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2012 01:54:26     Walmart, GECRB,    POBox 530927,
               Atlanta, GA 30353-0927
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Daniel S Sandman
19120901*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18916770*     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
19423922*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    c/o Us Bank,    POB 41067,
                Norfolk VA 23541)
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: dramey              Page 2 of 3              Date Rcvd: Oct 24, 2012
                              Form ID: pdf006           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2012**                                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: dramey               Page 3 of 3                  Date Rcvd: Oct 24, 2012
                              Form ID: pdf006            Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2012 at the address(es) listed below:

        Frances  Gecker    fgecker@fgllp.com,
         fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
        Heather M Giannino    on behalf of Creditor   JP Morgan Chase Bank, National Association
         heathergiannino@hsbattys.com,    jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Zane L Zielinski     on behalf of Trustee Frances Gecker zzielinski@fgllp.com,
         csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com

                                                                                            TOTAL: 4