# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
BARRY, MICHELE L                                §        Case No. 12-08918
                                                §
                    Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Frances Gecker _____

                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MICHELE L. BARRY |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| SHELDON SANDMAN | | | | | |
| SHELDON SANDMAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADVOCATE MEDICAL GROUP | | | | | |
| | ADVOCATE MEDICAL GROUP | | | | | |
| | CHASE | | | | | |
| | CHASE | | | | | |
| | CITY OF CHICAGO | | | | | |
| | CITY OF CHICAGO | | | | | |
| | HSBC - BEST BUY | | | | | |
| | HSBC - CARSONS | | | | | |
| | HSBC - GM MASTERCARD | | | | | |
| | HSBC - MENARDS | | | | | |
| | IL BONE & JOINT INST. | | | | | |
| | IL MASONIC MEDCTR - CT SCAN | | | | | |
| | ILLINOIS MASONIC MEDICAL CTR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PEOPLES GAS | | | | | |
| | WELLINGTON RADIOLOGY | | | | | |
| 000007 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000009 | CAPITAL ONE, N.A. | | | | | |
| 000001 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000004 | FIRST NATIONAL BANK OF OMAHA | | | | | |
| 000002 | GE CAPITAL RETAIL BANK | | | | | |
| 000003 | GE CAPITAL RETAIL BANK | | | | | |
| 000006 | ILLINOIS BELL TELEPHONE COMPANY | | | | | |
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000008 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:   1

Exhibit 8

| Case No: | 12-08918   ABG   Judge: A. Benjamin Goldgar | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | BARRY, MICHELE L | Date Filed (f) or Converted (c): | 03/07/12 (f) |
| | | 341(a) Meeting Date: | 04/27/12 |
| For Period Ending: | 01/09/13 | Claims Bar Date: | 09/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate   Debtor Claimed Exemption | 180,000.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS   Debtor Claimed Exemption | 1,250.00 | 0.00 | | 0.00 | FA |
| 3. WEARING APPAREL   Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. FURS AND JEWELRY   Debtor Claimed Exemption | 250.00 | 0.00 | | 0.00 | FA |
| 5. ALIMONY, MAINTENANCE, SUPPORT   Debtor Claimed Exemption | 10,000.00 | 0.00 | | 0.00 | FA |
| 6. AUTOMOBILES, TRUCKS, TRAILERS   Debtor Claimed Exemption | 8,500.00 | 0.00 | | 0.00 | FA |
| 7. ANIMALS   Debtor Claimed Exemption | 10.00 | 0.00 | | 0.00 | FA |
| 8. PERSONAL INJURY LAWSUIT (u) | 0.00 | 0.00 | | 25,000.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $201,010.00 | $0.00 | | $25,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 12-08918 | ABG | Judge: A. Benjamin Goldgar | Trustee Name: | Frances Gecker |
| Case Name: | BARRY, MICHELE L | | | Date Filed (f) or Converted (c): | 03/07/12 (f) |
| | | | | 341(a) Meeting Date: | 04/27/12 |
| | | | | Claims Bar Date: | 09/12/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/24/12        Current Projected Date of Final Report (TFR): 10/24/12

/s/    Frances Gecker

_____    Date: 01/21/13

FRANCES GECKER

FORM 2                                                                     Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-08918 -ABG | | Trustee Name: | Frances Gecker |
| Case Name: | BARRY, MICHELE L | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******7367  GENERAL CHECKING |
| Taxpayer ID No: | *******4537 | | | |
| For Period Ending: | 01/09/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/12/12 | 8 | State Farm Insurance<br>JP Morgan Chase Bank, NA<br>Columbus, OH | | 1242-000 | 25,000.00 | | 25,000.00 |
| 06/26/12 | 001000 | MICHELE L. BARRY<br>3114 W. MOFFAT<br>CHICAGO, IL   60647 | Order dated 6/7/12 | 8100-000 | | 3,500.00 | 21,500.00 |
| 06/26/12 | 001001 | Sheldon Sandman<br>Sandman, Levy and Petrich | Order dated 6/7/12<br><br>Fees          6,666.05<br>Expenses        631.82 | <br><br>3210-000<br>3220-000 | | 7,297.87 | 14,202.13 |
| 11/27/12 | 001002 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Expense | 2100-000 | | 2,900.00 | 11,302.13 |
| 11/27/12 | 001003 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Attorney for Trustee Fees (Trustee<br><br><br>Fees          2,737.50<br>Expenses          27.50 | <br><br><br>3110-000<br>3120-000 | | 2,765.00 | 8,537.13 |
| 11/27/12 | 001004 | COMMONWEALTH EDISON COMPANY<br>3 LINCOLN CENTRE | Claim 000001, Payment 32.46% | 7100-000 | | 245.20 | 8,291.93 |

Page Subtotals                    25,000.00          16,708.07

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-08918  -ABG |
| Case Name: | BARRY, MICHELE L |

| | |
|---|---|
| Taxpayer ID No: | *******4537 |
| For Period Ending: | 01/09/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******7367  GENERAL CHECKING |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | OAKBROOK TERRACE, IL 60181 ATTN: BANKRUPTCY DEP. | | | | | |
| 11/27/12 | 001005 | GE CAPITAL RETAIL BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE SUITE 1120 MIAMI FL 33131-1605 | Claim 000002, Payment 32.46% | 7100-000 | | 115.47 | 8,176.46 |
| 11/27/12 | 001006 | GE CAPITAL RETAIL BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE SUITE 1120 MIAMI FL 33131-1605 | Claim 000003, Payment 32.46% | 7100-000 | | 214.51 | 7,961.95 |
| 11/27/12 | 001007 | FIRST NATIONAL BANK OF OMAHA 1620 DODGE STREET STOP CODE 3105 OMAHA NE 68197 | Claim 000004, Payment 32.47% | 7100-000 | | 157.57 | 7,804.38 |
| 11/27/12 | 001008 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Claim 000005, Payment 32.46% | 7100-000 | | 742.46 | 7,061.92 |
| 11/27/12 | 001009 | ILLINOIS BELL TELEPHONE COMPANY % AT&T SERVICES, INC JAMES GRUDUS, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | Claim 000006, Payment 32.47% | 7100-000 | | 84.10 | 6,977.82 |

|  | Page Subtotals | 0.00 | 1,314.11 |
|---|---|---|---|

Ver: 17.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-08918  -ABG |
| Case Name: | BARRY, MICHELE L |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******7367  GENERAL CHECKING |

| | |
|---|---|
| Taxpayer ID No: | *******4537 |
| For Period Ending: | 01/09/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/27/12 | 001010 | AMERICAN EXPRESS CENTURION BANK C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Claim 000007, Payment 32.46% | 7100-000 | | 1,073.27 | 5,904.55 |
| 11/27/12 | 001011 | QUANTUM3 GROUP LLC AS AGENT FOR WORLD FINANCIAL NETWORK BANK PO BOX 788 KIRKLAND, WA 98083-0788 | Claim 000008, Payment 32.46% | 7100-000 | | 188.92 | 5,715.63 |
| 11/27/12 | 001012 | CAPITAL ONE, N.A. C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Claim 000009, Payment 32.46% | 7100-000 | | 645.92 | 5,069.71 |
| 11/27/12 | 001013 | PORTFOLIO RECOVERY ASSOCIATES, LLC C/O US BANK POB 41067 NORFOLK VA 23541 | Claim 000010, Payment 32.46% | 7100-000 | | 3,358.06 | 1,711.65 |
| 11/27/12 | 001014 | PORTFOLIO RECOVERY ASSOCIATES, LLC C/O OFFICEMAX POB 41067 NORFOLK VA 23541 | Claim 000011, Payment 32.46% | 7100-000 | | 1,711.65 | 0.00 |

| | | | Page Subtotals | | 0.00 | 6,977.82 | |

Ver: 17.01

FORM 4                                                                                    Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| Case No: | 12-08918  -ABG | Trustee Name: | Frances Gecker |
| Case Name: | BARRY, MICHELE L | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******7367  GENERAL CHECKING |
| Taxpayer ID No: | *******4537 | | |
| For Period Ending: | 01/09/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 25,000.00 | 25,000.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 25,000.00 | 25,000.00 | |
| | | | Less:  Payments to Debtors | | | 3,500.00 | |
| | | | Net | | 25,000.00 | 21,500.00 | |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | GENERAL CHECKING - *******7367 | 25,000.00 | 21,500.00 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 25,000.00 | 21,500.00 | 0.00 |
| | | =============== | =============== | =============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

                    /s/      Frances Gecker
Trustee's Signature: _____  Date: 01/21/13
                    FRANCES GECKER

Page Subtotals                          0.00                0.00